THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVA VALLENTGOED,<br><br>          Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY,<br><br>          Defendant. | CASE NO. C21-1170-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant has not responded to Plaintiff's complaint filed August 27, 2021, and Plaintiff has taken no further action in the case. Plaintiff is ORDERED TO SHOW CAUSE by January 13, 2022 why this case should not be dismissed for lack of prosecution.

DATED this 30th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER, C21-1170-JCC
PAGE - 1