THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVA VALLENTGOED, | CASE NO. C21-1170-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for a change of venue (Dkt. No. 10). Plaintiff requests that this case be transferred to the United States District Court for the Western District of Washington in Tacoma, Washington. (*Id.*) Plaintiff indicates: (1) the case was mistakenly filed in the wrong division, (2) Tacoma—where Plaintiff resides—is a more convenient venue, and (3) the case cannot be dismissed and refiled due to statute of limitation concerns. (*See id.* at 1–4.)

In the best interest of justice, pursuant to 28 U.S.C § 1406(a), the motion is GRANTED. The Court hereby ORDERS that the above-entitled case be transferred to the Tacoma Division of the U.S. District Court for the Western District of Washington.

//

DATED this 4th day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk