1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   DAVA VALLENTGOED,                          CASE NO. 2:21-cv-01170-TL

11                    Plaintiff,                 MINUTE ORDER

12          v.

13   BNSF RAILWAY COMPANY,

14                    Defendant.

15

16        The following Minute Order is made at the direction of the Court, the Honorable Tana

17   Lin, United States District Judge:

18        (1) Plaintiff filed a Complaint on August 27, 2021. Dkt. No. 1. The Court has now issued

19            two orders to show cause why the case should not be dismissed for lack of

20            prosecution. Dkt. Nos. 8, 12. In response to the latest order to show cause, Plaintiff's

21            counsel represents that he spoke with Defendant's counsel last week about service of

22            process and that Defendant asked to be formally served with process. Dkt. No. 13.

23            Plaintiff's counsel also explains that "[i]t took an inordinate amount of time to get the

24

MINUTE ORDER - 1

1    case transferred from Seattle to Tacoma," that he is working to update the caption of

2    the case, and that he is "now ready to proceed with the case . . . ." *Id.*

3    (2)  "If a defendant is not served within 90 days after the complaint is filed, the court . . .

4         must dismiss the action without prejudice against that defendant or order that service

5         be made within a specified time." Fed. R. Civ. P. 4(m). "[I]f the plaintiff shows good

6         cause for the failure, the court must extend the time for service for an appropriate

7         period." *Id.* As an initial matter, the Court notes that Plaintiff waited nearly six

8         months after filing the case to move to transfer the case, and so was already well past

9         the 90-day service requirement at the time the motion was filed. Plaintiff explains

10        neither why waiting for the case to be transferred was necessary for service of

11        process to occur nor why it took nearly eight months to discuss service of process

12        with Defendant. The Court is not persuaded that Plaintiff has shown good cause for

13        the delay.

14   (3)  Nonetheless, in the interests of justice, the Court will provide Plaintiff with one

15        extension of time for completing service of process. No further extensions will be

16        permitted without the Court's order and finding of good cause. If Plaintiff fails to

17        serve process on Defendant on a timely basis, Defendant will be dismissed without

18        prejudice pursuant to Rule 4(m).

19   (4)  Accordingly, it is hereby ORDERED: Plaintiff is DIRECTED to complete service of

20        process on Defendant **within twenty-one (21) days** of this Order and file the

21        appropriate proof or waiver of service within that time.

22   //

23   //

24   //

1    Dated this 20th day of April 2022.

2

3                                         Ravi Subramanian
                                          Clerk of the Court
4
                                          s/ Kadya Peter
5                                         Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 3