UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVA VALLENTGOED,<br><br>        Plaintiff(s),<br><br>   v.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant(s). | CASE NO. 2:21-cv-01170-TL<br><br>MINUTE ORDER |

    The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

    (1) On May 10, 2022, the Court issued an order requiring the parties to file a Joint Status Report by July 5, 2022. Dkt. No. 19. No extension of the deadline has been sought or given, and no Joint Status Report has been filed.

    (2) It is hereby ORDERED that Plaintiff shall cause a Joint Status Report to be filed or seek an extension for good cause by **July 14, 2022**, or otherwise show cause by the same date why this action should not be dismissed for failing to comply with the Court's

MINUTE ORDER - 1

prior order. Absent a timely and satisfactory response to this Order, this action may be dismissed without prejudice.

Dated this 7th day of July 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk